**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | |
|---|---|
| AVA R. COLEMAN | PLAINTIFF |
| v. | CAUSE NO. 1:16CV289-LG-RHW |
| MISSISSIPPI DEPT. OF MARINE RESOURCES, JAMIE M. MILLER, Individually and as Executive Director/Agent, and JOHN/JANE DOES 1-2 | DEFENDANTS |

## FINAL JUDGMENT

Having disposed of all matters pending before this Court, Final Judgment is hereby entered in favor of the defendants and against the plaintiff.

**SO ORDERED AND ADJUDGED** this the 12th day of September, 2017.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE